IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| SPECIALTY RESTAURANT EQUIPMENT INC., § § § | |
| Plaintiff, § § | |
| VS. § | NO. 4:16-CV-607-A |
| § | |
| THE TRAVELERS LLOYDS INSURANCE COMPANY, § § § | |
| Defendant. § | |

### FINAL JUDGMENT

Consistent with the stipulation of dismissal with prejudice filed this date,

The court ORDERS, ADJUDGES, and DECREES that the claims of plaintiff, Specialty Restaurant Equipment, Inc., against defendant, The Travelers Lloyds Insurance Company, be, and are hereby, dismissed with prejudice.

The court further ORDERS, ADJUDGES, and DECREES that each party bear the court costs and attorney's fees incurred by that party.

SIGNED August 2, 2017.

JOHN McBRYDE
United States District Judge